1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GORDON BROOKS,

11         Petitioner,                         No. CIV S-08-862 MCE CHS P

12         vs.

13   D.K. SISTO, Warden, et al.,

14         Respondents.

15                                        ORDER

16   _____/

17         Petitioner Brooks is a state prisoner proceeding pro se with a petition for writ of

18   habeas corpus brought pursuant to 28 U.S.C. § 2254.  On September 22, 2010, findings and

19   recommendations were entered herein recommending that the petition be denied.  Petitioner

20   requests an extension of time of "thirty-three (33) days, to and including November 16, 2010," in

21   which to file objections to the pending findings and recommendations.  Good cause appearing,

22   the request is granted.  Petitioner has until November 16, 2010 in which to file objections to the

23   findings and recommendations.

24   IT IS SO ORDERED.

25   DATED: October 18, 2010

                                          _____
                                          CHARLENE H. SORRENTINO
26                                        UNITED STATES MAGISTRATE JUDGE

                                          1