IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON BROOKS,

    Petitioner,                              No. CIV S-08-862 MCE CHS P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.

## ORDER

    Petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 was denied, and judgment entered, on December 13, 2010. Petitioner filed a notice of appeal with respect to that decision and his appeal has been processed to the Ninth Circuit.

    On January 14, 2010, petitioner filed a motion to proceed on appeal in forma pauperis accompanied by an affidavit containing a statement of all assets. Petitioner's declaration makes the showing required by 28 U.S.C. § 1915(a)(1). Because he is a prisoner, however, petitioner must additionally comply with section (a)(2), which requires that

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period

1

immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2).

Accordingly, petitioner's January 14, 2011 motion to proceed in forma pauperis on appeal is denied at this time, without prejudice to its renewal upon submission of petitioner's trust fund account statement.

IT IS SO ORDERED.

DATED: January 21, 2011

                                                  /s/ Charlene H. Sorrentino
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE